IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARL BRETT LLOYD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | )  2:05-cv-802 |
| WASHINGTON & JEFFERSON COLLEGE, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 7th day of July, 2006, upon consideration of PLAINTIFF'S OBJECTIONS TO JUNE 6, 2006 MEMORANDUM ORDER (*Document No. 48*) and the authorities cited therein, and it appearing that a review of Defendant's affirmative action plans which were in effect during the course of Plaintiff's employment may lead to the discovery of relevant evidence,

NOW THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Objection is SUSTAINED and Defendant shall produce copies of any affirmative action plan in effect during the course of Plaintiff's employment with Defendant.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:   Gregory T. Kunkel, Esquire
      Email: greg.kunkel@verizon.net

      Cathy Bissoon, Esquire
      Email: cbissoon@reedsmith.com

      David J. Burton, Esquire
      Email: dburton@reedsmith.com