IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARL BRETT LLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-802 |
| | ) | |
| WASHINGTON & JEFFERSON | ) | Judge McVerry |
| COLLEGE, | ) | Magistrate Judge Hay |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 30th day of May, 2007, after the plaintiff, Karl Brett Lloyd, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by the defendant and a motion for partial summary judgment was submitted by the plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections and the response to those objections, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the motion for summary judgment submitted on behalf of the defendant [Dkt. No. 26] is GRANTED, and the motion for partial summary judgment submitted on behalf of the plaintiff [Dkt. No. 30] is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

        s/ Terrence F. McVerry
        United States District Judge

cc:    Honorable Amy Reynolds Hay
      United States Magistrate Judge

      All counsel of record by Notice of Electronic Filing